No. 93–6672. CURE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6676. STEWART *v.* MCGINNIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6677. SOWELS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6683. MCNEIL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6687. PARAMO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6701. JACOB II, AKA MCCLENIC *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 93–6712. JOHNSON *v.* ARMITAGE ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6728. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6743. MAXEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6796. DORTCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6814. SCHRADER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6820. MOSES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6826. GATHWRIGHT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6836. WRIGHT *v.* RUNYON, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 93–6853. DREW *v.* INTERNAL REVENUE SERVICE. C. A. 5th Cir. Certiorari denied.